UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CORY BLANKENSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:19-cv-146 |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | JUDGE RICHARDSON |
| NASHVILLE AND DAVIDSON | ) | MAG. JUDGE FRENSLEY |
| COUNTY TENNESSEE, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

# JOINT STIPULATIONS OF FACT

1. Defendant, the Metropolitan Government of Nashville and Davidson County ("Metro") is a political subdivision within the State of Tennessee. The Metropolitan Nashville Fire Department is a department of the Metro Government.

2. Defendant is a "covered entity" and an "employer" under the Americans with Disabilities Act, 42 U.S.C. §12111(2) and (5)(a).

3. Defendant employs more than 500 persons.

4. Plaintiff filed a timely charge of discrimination with the EEOC on March 23, 2018. Plaintiff received a Right to Sue Notice from the EEOC, and this lawsuit was timely filed following his receipt of the Right to Sue Notice.

Respectfully submitted,

_____
Wade B. Cowan (SC #9403)
P.O. Box 50617
Nashville, Tennessee 37205
Telephone: (615) 352-2331
wcowan@dhhrplc.com


s/ John W. Griffin
_____
John W. Griffin, Jr. (admitted *pro hac*)
Marek, Griffin & Knaupp
The McFaddin Building
203 N. Liberty Street
Victoria, Texas 77901
jwg@lawmgk.com
*Counsel for plaintiff*


s/ J. Brooks Fox
_____
J. Brooks Fox
Assistant Metropolitan Attorney
P.O. Box 196300
Nashville, TN 37219
*Counsel for defendant*