UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CORY BLANKENSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:19-cv-146 |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | JUDGE RICHARDSON |
| NASHVILLE AND DAVIDSON | ) | MAG. JUDGE FRENSLEY |
| COUNTY TENNESSEE, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

# JOINT STIPULATION ON ADMISSIBILITY OF EXHIBITS

The parties jointly stipulate to the admissibility of the following exhibits:

1. Plaintiff's Exhibits 1-16

                          Respectfully submitted,

                          /s/ Wade B. Cowan
                          Wade B. Cowan (SC #9403)
                          P.O. Box 50617
                          Nashville, Tennessee 37205
                          Telephone: (615) 352-2331
                          wcowan@dhhrplc.com

s/ John W. Griffin
John W. Griffin, Jr. (admitted *pro hac*)
Marek, Griffin & Knaupp
The McFaddin Building
203 N. Liberty Street
Victoria, Texas 77901
jwg@lawmgk.com
*Counsel for plaintiff*


s/ J. Brooks Fox
J. Brooks Fox
Assistant Metropolitan Attorney
P.O. Box 196300
Nashville, TN 37219
*Counsel for defendant*