IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CORY BLANKENSHIP,             )
                              )
    Plaintiff,                )    NO. 3:19-cv-00146
                              )
v.                            )    JUDGE RICHARDSON
                              )
METROPOLITAN GOVERNMENT OF    )
NASHVILLE AND DAVIDSON CNTY,  )
TENNESSEE,                    )
                              )
    Defendant.                )

# **VERDICT FORM**

We the jury find unanimously as follows:

1. Did Defendant revoke its conditional offer of employment to Plaintiff by using a qualification standard that screens out or tends to screen out persons with Type 1 diabetes?

    __X__ YES          _____ NO

If you answered "no" to Question 1, please proceed to the end of the form, and sign and date it. If you answered "yes" to Question 1, please proceed to Question 2.

2. Has Defendant proved by a preponderance of the evidence that the qualification standard it used was uniformly applied, job-related, and consistent with business necessity?

    _____ YES          __X__ NO

If you answered "no" to Question 2, please proceed to Question 4. If you answered "yes" to Question 2, please proceed to Question 3.

3.  Has Plaintiff proved by a preponderance of the evidence that Defendant had a suitable alternative that would have resulted in a lesser impact on individuals with Type 1 diabetes and that Defendant refused to utilize this alternative?

    _____ YES         _____ NO

If you answered "no" to Question 3, please proceed to to the end of the form, and sign and date it. If you answered "yes" to Question 3, please proceed to Question 4.

4.  What compensatory damages (if applicable) do you award Plaintiff?

    $ ~~0~~

Please proceed to Question 5.

5.  What amount of backpay, if any, do you award Plaintiff?

    $ 125,300

JURY FOREPERSON<br>Date: